IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAB EXPRESS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Civil Action Number:** |
| vs. | § | |
| | § | 2:17-CV-00665-MHT-DAB |
| EVANSTON INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff DAB Express, Inc. and Defendant Evanston Insurance Company and stipulate that all of the claims made by Plaintiff DAB Express, Inc. against Evanston Insurance Company are hereby dismissed with prejudice. Each party to bear its own costs.

Respectfully submitted,

_Christina Crow /ch_
Christina D. Crow
Attorney for Plaintiff DAB Express, Inc.

**OF COUNSEL:**
JINKS, CROW & DICKSON, P.C.
P.O. Box 350
Union Springs, Alabama 36089
Telephone:  (334) 738-4223
Facsimile:   (334) 738-4229

/s/ Candace Newton
Brenen G. Ely
Candace H. Newton
Attorneys for Defendant Evanston Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
2100-B SouthBridge Pkwy., Suite 380
Birmingham, Alabama 35209
Telephone:  (205) 313-1200
Facsimile:   (205) 313-1201